S. Peter Serrano
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 09 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO JOHN YALLUP and<br>ELIZABETH RUTH HOWARD,<br><br>Defendants. | 1:25-CR-2105-RLP<br><br>INDICTMENT<br><br>18 U.S.C. §§ 1153, 1111 and 2<br>Second Degree Murder<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>Use of a Firearm During and in<br>Relation to a Crime of Violence<br>(Count 2)<br><br>18 U.S.C. §§ 1153, 2111 and 2<br>Robbery<br>(Count 3)<br><br>18 U.S.C. § 3<br>Accessory After the Fact<br>(Count 4)<br><br>18 U.S.C. §§ 1153, 661<br>Larceny<br>(Count 5) |

INDICTMENT – 1

18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about August 29, 2022, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, LEO JOHN YALLUP, an Indian, unlawfully killed R.B., with malice aforethought, and aided and abetted the same, all in violation of 18 U.S.C. §§ 1153, 1111, and 2.

## COUNT 2

On or about August 29, 2022, in the Eastern District of Washington, the Defendant, LEO JOHN YALLUP, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Second Degree Murder in violation of 18 U.S.C. §§ 1153, 1111 and 2, as alleged in Count 1 of this Indictment, did knowingly use, carry, and possess in furtherance of the Second Degree Murder, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 3

On or about August 29, 2022, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, LEO JOHN YALLUP, an Indian, by force and violence and by intimidation, did

INDICTMENT – 2

take from the person and presence of R.B., a computer, a television and a printer, and aided and abetted the same, all in violation of 18 U.S.C. §§ 1153, 2111, and 2.

## COUNT 4

On or about August 29, 2022, within the external boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, , the Defendant, ELIZABETH RUTH HOWARD, knowing that LEO JOHN YALLUP and another, Amado Ramos, had committed an offense against the United States, to wit: Second Degree Murder, in violation of 18 U.S.C. §§ 1153, 1111, did knowingly assist LEO JOHN YALLUP and another, Amado Ramos, in order to hinder and prevent their apprehension, trial, and punishment, in violation of 18 U.S.C. § 3.

## COUNT 5

On or about August 29, 2022, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, ELIZABETH RUTH HOWARD, an Indian, did take and carry away, with intent to steal and purloin, a silver Pontiac Torrent, WA CBC1921, VIN 2CKDL43F896250146, personal property of R.B., of a value exceeding $1,000, all in violation of 18 U.S.C. §§ 1153, 661, and 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 3

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii), as charged in Count 2 of this Indictment, the Defendant, LEO JOHN YALLUP, shall forfeit to the United States of America, any firearm and ammunition involved or used in the commission of the offense.

DATED this 9 day of September, 2025.

A TRUE BILL



_____
S. Peter Serrano
United States Attorney

_____
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 4