NICHOLAS MARCHI
Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick WA 99336
(509) 545-1055
Attorneys for Defendant

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEO JOHN YALLUP,<br><br>　　　　Defendant | Case No.1:25-CR-2105-RLP-1<br><br>MOTION TO CONTINUE TRIAL AND RESET DEADLINES<br><br>Note: January 15, 2026@ 10:00am<br>Judge Pennell at Yakima |

   COMES now the Defendant, by and through his attorneys and requests this Court grant the Defendant's Motion to Continue Trial Date and Re-set Deadlines. This matter is currently scheduled for trial on February 2, 2026. The defendant would request a trial date of at least 90 days from the current date of February 2, 2026. Mr. Yallup is opposed to the request. The government has been advised of this request and does not oppose the request. The co-defendant and her counsel have been advised of this request and do not oppose the request. This motion is based on the attached Declaration of Nicholas Marchi.

   Dated this 31st day of December 2025.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　s/ Nicholas Marchi
　　　　　　　　　　　　　　Nicholas Marchi, WSBA 19982
　　　　　　　　　　　　　　CARNEY & MARCHI
　　　　　　　　　　　　　　Attorneys for Defendant

MOTION TO CONTINUE TRIAL DATE - 1

# DECLARATION

I, NICHOLAS MARCHI, first being duly sworn upon oath deposes and says:

1. I represent the defendant in the above cause of action. This action is currently scheduled for trial on February 2, 2026. I make this Declaration in support of the Defendant's Motion to Continue Trial Date.

2. Mr. Yallup is currently charged with Murder in the Second Degree in violation of 18 U.S.C. § 1111; Use of a Firearm in a Crime of Violence in violation of 18 U.S.C. §924(c); and Robbery in violation of 18 U.S.C §2111. He was arraigned on the charges on November 25, 2025. On December 15, 2025, I received voluminous discovery, which included numerous video statements of witnesses as well as written statements of witnesses. On December 29, 2025, co-defendant Ms. Howard was arraigned. I do not believe that the co-defendant has received any discovery.

3. Given the nature of the charges and the voluminous discovery, additional time is needed to review the discovery with Mr. Yallup and investigate the case as well as prepare for trial. I would request that the Court grant the continuance. Mr. Yallup has indicated that he opposes a continuance. The government does not oppose this request. The co-defendant does not oppose this request.

3. I would request that the Motion to Continue be granted.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 31st day of December 2025, at Seattle, WA.

*s/ Nicholas Marchi*
NICHOLAS MARCHI

MOTION TO CONTINUE TRIAL DATE - 2

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion to Continue Trial Date was e-mailed via ECF /mailed first class, postage prepaid on 12/31/2025, to B. Seal, AUSA, 402 E. Yakima, Ave., Suite 210, Yakima, WA 98901 or P.O. Box 1494 Spokane, WA 99210 and to Co-defendant attorney Ben Hernandez, Federal Defenders of Eastern Washington and Idaho, Yakima WA.

s/*Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant